B6F (Official Form 6F) (12/07)

In re **Richard Joseph Eaton,**  
    **Bri Anna Eaton**  
                            Debtors

Case No. **12-28837**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx68 21**  **Bonneville Collections**  PO Box 150621  Ogden, UT 84415 | | J | Medical | | | | **346.00** |
| Account No. **xxxx1801**  **CITI**  P.O. Box 6241  Sioux Falls, SD 57117 | | J | 2/2008  Credit Card | | | | **6,985.00** |
| Account No. **xxxxxxxx8956**  **Discover Financial Services**  PO Box 15316  Wilmington, DE 19850 | | J | Credit Card | | | | **6,633.00** |
| Account No. **xxxxxxxx0200**  **Elan Financial Services**  PO Box 790084  Saint Louis, MO 63179 | | J | Credit Card | | | | **16,792.00** |

__4__ continuation sheets attached

Subtotal  
(Total of this page)     **30,756.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Richard Joseph Eaton,**
    **Bri Anna Eaton** ,      Case No. **12-28837**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6219** <br><br> **Enhanced Recovery Corp** <br> **8014 Bayberry Rd** <br> **Jacksonville, FL 32256** | | J | **Collection** | | | | **127.00** |
| Account No. **xxxxxxxx1513** <br><br> **GE Capital/JC Penny** <br> **PO Box 965007** <br> **Orlando, FL 32896** | | J | **5/2012** <br> **Credit Card** | | | | **1,210.00** |
| Account No. **xxxxxxxx0804** <br><br> **HSBC/ Furniture Row** <br> **PO Box 5253** <br> **Carol Stream, IL 60197** | | J | **Revolving Debt** | | | | **6,615.00** |
| Account No. **xxxx4967** <br><br> **IC Systems** <br> **PO Box 64378** <br> **Saint Paul, MN 55164** | | J | **Credit** | | | | **311.00** |
| Account No. **xxxx6749** <br><br> **IHC Health Services** <br> **3930 W. Parkway Blvd** <br> **Salt Lake City, UT 84130** | | J | **11/2009** <br> **Collection** | | | | **310.00** |

Sheet no. **1** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **8,573.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Richard Joseph Eaton,**
**Bri Anna Eaton**
                                                                                                 Case No. **12-28837**
,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx9480**  **Kohls/Chase**  N 56 W 1700 Ridewod Dr.  Menomonee Falls, WI 53051 | | J | **2004**  **Collection** | | | | **1,072.00** |
| Account No. **P328**  **Living Scriptures**  3625 Harrison Blvd  Ogden, UT 84403 | | J | **2005**  **Charge Account** | | | | **902.00** |
| Account No. **xxx6124**  **Mountain America**  180 E. 100 S.  Salt Lake City, UT 84139 | | J | **Revolving** | | | | **500.00** |
| Account No. **xxx6124**  **Mountain America Credit Union**  PO Box 9001  West Jordan, UT 84084 | | J | **Credit Card** | | | | **2,515.00** |
| Account No. **xxxxx0143**  **MountainLand Collection**  PO Box 1280  American Fork, UT 84003 | | J | **3/2011**  **Collection** | | | | **50.00** |

Sheet no. **2** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,039.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Richard Joseph Eaton,**
**Bri Anna Eaton**
_____,
Debtors

Case No. **12-28837**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0149**<br><br>**Outsource Recievables**<br>**372 24th Street, Ste #300**<br>**Ogden, UT 84401** | | J | **2010**<br>**Collection** | | | | **119.00** |
| Account No.<br><br>**Southern Utah Dental**<br>**111 E. 100 S.**<br>**Saint George, UT 84770** | | J | **Services** | | | | **380.70** |
| Account No. **xxxxxxxxxxxx8834, xxxx3859**<br><br>**Sunrise Credit Services Inc**<br>**PO Box 9100**<br>**Farmingdale, NY 11735** | | J | **Collections** | | | | **6,615.00** |
| Account No. **xxxxxxxx6560**<br><br>**Universal Card/Citi Bank**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** | | J | **3/2004**<br>**Credit Card** | | | | **12,503.00** |
| Account No. **xxxx1303**<br><br>**UNVL/Citi**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** | | J | **3/2009**<br>**Revolving** | | | | **12,503.00** |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **32,120.70**

**B6F (Official Form 6F) (12/07) - Cont.**

In re **Richard Joseph Eaton,**          Case No. **12-28837**
    **Bri Anna Eaton**

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>US Bank<br>PO Box 1800<br>Saint Paul, MN 55101 | | J | **Credit** | | | | **22,000.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **4** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **22,000.00**

Total (Report on Summary of Schedules)    **98,488.70**